DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEYANET JACOB CABRERA,**
Appellant,

v.

**DILMER SERRANO,**
Appellee.

No. 4D2025-3910

[May 14, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John M. Alexander, Senior Judge; L.T. Case No. 502024DR005070XXXASB.

Leyanet Jacob Cabrera, Hialeah, pro se.

Dilmer Serrano, Boca Raton, pro se.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*   \*   \*

***Not final until disposition of timely-filed motion for rehearing.***